The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NEIGHBORHOOD HOUSE and MARIIA MATSAI,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-3006-TSZ<br><br>[PROPOSED] ORDER |

This matter has become before the Court upon Plaintiffs' Motion for Preliminary Relief. Upon consideration of Plaintiffs' Motion, the opposition thereto, and the entire record herein, the Court hereby concludes that Plaintiffs fail to meet their burden to show a likelihood of success on the merits, a likelihood of irreparable harm absent preliminary relief, or that the balance of hardships and public interest favors the requested preliminary relief. It is hereby ORDERED that Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

DATED this ____ day of September, 2026.

______________________________
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General



U.S. Department of Justice
1100 L STREET, NW, ROOM 12014
WASHINGTON, D.C. 20530
(202) 616-8475

MICHELLE BENNETT
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Counsel for Defendants*