UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIGHBORHOOD HOUSE; and MARIIA MATSAI,<br>Plaintiffs,<br>and<br>STATE OF WASHINGTON,<br>Plaintiff-Intervenor<br>v.<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ROBERT F. KENNEDY, JR.,<br>Defendants. | C26-3006 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation, docket no. 41, between plaintiff-intervenor State of Washington and defendants U.S. Department of Health and Human Services ("HHS") and HHS Secretary Robert F. Kennedy, Jr., defendants are hereby DEEMED to have answered the State of Washington's complaint-in-intervention, docket no. 39, and all admissions and denials, as well as all defenses, set forth in defendants' pleading in response to plaintiffs' complaint, *see* Answer (docket no. 35), shall apply with equal force and effect with respect to the State of Washington's complaint-in-intervention.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk